JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>        v.<br><br>ESTHER CUNNINGHAM, an individual; ANDREA L. SYKES, an individual; ESTATE OF CLARENCE JEFFERSON WYNN, by and through its Administrator/Executor; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 5:23-cv-01024 SSS (SHKx)<br><br>**JUDGMENT** |

The Court, having considered and decided Plaintiff Delaware Life Insurance Company's Motion for Discharge, Dismissal, and Reimbursement of Fees and Costs, and entered its Order for Discharge, Dismissal, and Reimbursement of Fees and Costs on December 18, 2024 (Doc. 81), and the Court having approved and ordered Defendants' Settlement on December 12, 2024 (Doc. 78),

IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

///

1. This action arises out of a dispute over the purchase, ownership, and beneficiary designation of Apex MYGA Single Premium Deferred Multi-Year Guaranteed Annuity Contract No. APEX0057589 ("Annuity Contract") issued by Plaintiff Delaware Life Insurance Company ("Delaware Life") to Clarence J. Wynn ("Wynn") as Owner and Annuitant for the value of $1,000,000.

2. Wynn died on June 23, 2023.

3. Delaware Life was faced with conflicting claims to the Annuity Contract, and any death benefit payable thereunder, by Defendant Andrea L. Sykes ("Sykes"), the Estate of Clarence J. Wynn, by and through its Administrator/Executor Andrea L. Sykes ("Estate"), and Esther Cunningham ("Cunningham").

4. Delaware Life is a neutral, disinterested stakeholder with no beneficial claim to the Annuity Contract and any death benefit payable, and interpleader was legally permissible and proper.

5. By Order of December 12, 2024, this Court approved the Defendants' Joint Stipulation of Settlement and ordered that Sykes is the sole beneficiary of the Annuity Contract. (Doc. 78.)

6. Plaintiff Delaware Life is hereby and shall be discharged from any and all liability to Defendants, and each of them, to the full extent permitted by law with respect to the Annuity Contract, and/or any claim that is made or should have been made in this lawsuit.

7. Defendants, and each of them, shall be restrained from taking or proceeding with or commencing any action against Delaware Life or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, administrators, agents, predecessors, successors, attorneys, and assigns, for or on account of any transaction, matter, happening, or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Annuity Contract and/or with respect to benefits or amounts due under the Annuity Contract.

8. Delaware Life brought its interpleader pursuant to Rule 22 of the Federal Rules of Civil Procedure. In accordance with the terms of the Annuity Contract, Plaintiff Delaware Life currently maintains the funds at issue. As ordered by this Court, Delaware Life is awarded its reasonable attorney's fees and costs in the amount of $54,690.08. (Doc. 81.) Delaware Life shall retain said sum out of the funds payable under the Annuity Contract, prior to distribution to any beneficiary.

9. Delaware Life shall settle the Death Benefit according to instructions by the beneficiary Defendant Andrea L. Sykes, pursuant to the terms of the Annuity Contract, and upon determination by Delaware Life that all claim paperwork is in good order.

10. Distribution referred in paragraph 9 herein shall be made as follows: 100% of the Death Benefit to the beneficiary Defendant Andrea L. Sykes. Defendant Esther Cunningham receives nothing (0%).

11. This action is dismissed with prejudice, all Defendants to bear their own fees and costs for this action.

In accordance with Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered as of the date the Clerk notates this Judgment in the civil docket. This is a final judgment.

IT IS SO ORDERED.

Dated: January 8, 2025

_____
SUNSHINE S. SYKES
United States District Judge

Proposed Judgment approved as to form:

BURKE, WILLIAMS, & SORENSEN

By: */s/ Nancy Jerian Marr*
Daniel W. Maguire
Nancy Jerian Marr
Attorneys for Plaintiff Delaware Life Insurance Company